COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 7, 2016
 No. 10-16-00365-CV
 CLYDE F. HILL
 v.
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC
 
 center-4254500
 From the County Court at Law No. 1
 McLennan County, Texas
 Trial Court No. 20160637CV1
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that Clyde F. Hill has failed to comply with a court order or a notice from the clerk requiring a response or other action within a specified time, it is the judgment of this Court that the appeal is dismissed. 
 It is further ordered that JPMorgan Chase Bank, National Association, is awarded judgment against Clyde F. Hill for JPMorgan Chase Bank, National Association's appellate costs that were paid, if any, by JPMorgan Chase Bank, National Association; and all unpaid appellate court cost, if any, is taxed against Clyde F. Hill.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
left770318500 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
 Nita Whitener, Deputy Clerk